488 A.2d 1110

**Martin McDANIEL and Hilda Solomond, Appellants,**

v.

**CHRYSLER CORPORATION.**

Supreme Court of Pennsylvania.

Argued March 8, 1985.
Decided March 20, 1985.

Mark B. Aronson, Pittsburgh, for appellants.

Frederick N. Egler, Jr., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.
Order affirmed.

LARSEN, J., dissents.